**Tom CLOWERS Plaintiff-Appellant**

v.

**Kelly CRANDDUCK; Jason Wood; Charles "Chuck" Snider; Chris C. Snider; Captain Chris Sparks; Captain Lynn Hahn; Captain Andy Lee, III;**

Doug Vanscoy; Nathan Smith; Stephanie McLemore; Rogers Judge Paul Bridges; Springdale Judge Jeff Harper; Kathy O'Kelly, Springdale Police Chief; Mike Peters, Springdale Asst. Police Chief; D. Treat, Springdale Patrolman; R. Stewart, Springdale Patrolman Defendants-Appellees

No. 16-4367

United States Court of Appeals,
Eighth Circuit.

Submitted: August 7, 2017

Filed: August 14, 2017

Tom Clowers, Pro Se

JaNan A. Davis, Rainwater & Holt, Little Rock, AR, Scott Tidwell, Matthews & Campbell, Rogers, AR, Marshall Dale Evans, The Evans Law Firm, Fayetteville, AR, Delena C. Hurst, Attorney General's Office, Little Rock, AR, John Lennon Wilkerson, Arkansas Municipal League, North Little Rock, AR, for Defendants-Appellees

Before COLLOTON, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Tom Clowers appeals following the district court's[1] dismissal of his 42 U.S.C. § 1983 action, and its denial of his motion to reconsider the dismissal.

Having conducted a thorough review, we conclude that dismissal was proper for the reasons explained by the district court. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the

1155, 1158 (8th Cir. 2014) (grant of motion to dismiss is reviewed de novo). The judgment is affirmed. See 8th Cir. R. 47B.

Western District of Arkansas.